# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| DIRECT SUPPLY, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-1300 |
| PARK SUPPLY OF AMERICA, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DIRECT SUPPLY, INC.                                                                      .

Date:    11/11/2021                                        /s/ Michael R. Laing
                                                                    *Attorney's signature*

                                        Michael R. Laing (Wisc. Bar # 1097958)
                                                *Printed name and bar number*

                                                    PERKINS COIE LLP
                                                    33 East Main Street
                                                    Suite No. 201
                                                    Madison, Wisconsin 53703
                                                                *Address*

                                                    mlaing@perkinscoie.com
                                                            *E-mail address*

                                                    (608) 663-7460
                                                        *Telephone number*

                                                    (608) 663-7499
                                                            *FAX number*