UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DIRECT SUPPLY, INC., | |
| Plaintiff, | |
| v. | Civil Action No.: 21-1300 |
| PARK SUPPLY OF AMERICA, INC., | **JURY DEMAND** |
| Defendant. | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff Direct Supply, Inc. furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. Undersigned counsel represents Direct Supply, Inc. in these proceedings. Undersigned counsel does not represent any other party or amicus in this action.

2. Direct Supply, Inc. is a privately held Wisconsin for profit corporation with its principal of place of business in Milwaukee, Wisconsin. Direct Supply, Inc. states that it has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

3. Perkins Coie LLP is the only law firm expected to appear on behalf of Direct Supply, Inc.

Dated: November 11, 2021

Respectfully submitted,

DIRECT SUPPLY, INC.

*/s/* Michael R. Laing

Michael R. Laing (Wisc. Bar # 1097958)
PERKINS COIE LLP
33 East Main Street
Suite No. 201
Madison, Wisconsin 53703
Telephone:(608) 663-7460

Facsimile: (608) 663-7499
mlaing@perkinscoie.com

Douglas L. Sawyer (admission forthcoming)
Jeremy L. Buxbaum (admission forthcoming)
Kathryn A. Campbell (admission forthcoming)
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone:(312) 324-8400
dsawyer@perkinscoie.com
jbuxbaum@perkinscoie.com
kathryncampbell@perkinscoie.com