AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court    for the Eastern District of Wisconsin, Milwaukee Division    on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 21-cv-1300 | DATE FILED 11/11/2021 | U.S. DISTRICT COURT for the Eastern District of Wisconsin, Milwaukee Division | |
|---|---|---|---|
| PLAINTIFF<br>DIRECT SUPPLY, INC. | | DEFENDANT<br>PARK SUPPLY OF AMERICA, INC. | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | **SEE EXHIBIT A, ATTACHED.** | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

## EXHIBIT A

| Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
| --- | --- | --- |
| 2,844,206 | 05/24/2004 | **DIRECT SUPPLY** |
| 4,078,536 | 01/03/2012 | **DIRECT SUPPLY EQUIPMENT & FURNISHINGS** |
| 4,024,088 | 09/06/2011 | **DIRECT SUPPLY & Design** |
| 4,024,090 | 09/06/2011 | **DIRECT SUPPLY** |
| 4,058,024 | 11/22/2011 | **DIRECT SUPPLY** |
| 4,058,025 | 11/22/2011 | **DIRECT SUPPLY & Design** |